**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIGITAL EVOLUTION GROUP, LLC,<br><br>　　　　　Defendant. | Civil Action No. 2:16-cv-922-JRG-LEAD CASE |
| WEBS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:16-cv-558-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Joint Motion for Dismissal with Prejudice of all claims asserted between Plaintiff Express Mobile, Inc. and Defendant Webs, Inc in Civil Action No. 2:16-cv-558-JRG and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Express Mobile, Inc. against Defendant Webs, Inc. are hereby dismissed with prejudice, and all counterclaims asserted by Defendant Webs, Inc. against Plaintiff are hereby dismissed without prejudice as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 6th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE